"African American" area. In my view, a "high crime area" is not synonymous to an "African American area" as accepted in the Opinion in Support of Affirmance.

I also wish to reiterate that, in my view, the time has come to eliminate the peremptory challenges in the criminal courts and restrict challenges to "for cause" only. As Mr. Justice Zappala has stated in his Opinion in Support of Reversal, "the practice of allowing peremptory challenges has become such a burden to the system that it would be better to discard it entirely."

Michael K. Coran, Michael J. Revness, Mark C. Alderman, Jose Morales, Asst. Cn.—DGS, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

### ORDER

PER CURIAM.

Order affirmed.

LARSEN, J., did not participate in the decision of this case.

MONTEMURO, J., who was an appointed Justice of the court at the time of argument, participated in the decision of this case in his capacity as a Senior Justice.

## CROSSGATES, INCORPORATED, Appellant,

v.

## BOARD OF COMMISSIONERS OF PUBLIC GROUNDS AND BUILDINGS; Catherine Baker Knoll, State Treasurer, as a Member of the Board of Commissioners of Public Grounds and Buildings; Michael H. Hershock, Secretary of the Budget and Designee of the Governor of the Commonwealth of Pennsylvania to serve as a Member of the Board of Commissioners of Public Grounds and Buildings; and Department of General Services of the Commonwealth of Pennsylvania, Appellees.

Supreme Court of Pennsylvania.

Argued May 4, 1993.

Decided Jan. 21, 1994.

Edward B. Friedman, Elliott S. Katz, for appellant.

## PHILADELPHIA SUBURBAN DEVELOPMENT CORPORATION,

v.

## Albert CHICKELERO, Appellee,

and

## A. Charles Peruto, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 19, 1992.

Decided Jan. 28, 1994.

Reargument Denied March 22, 1994.

Philip L. Blackman, A. Charles Peruto, for appellant.

Carmen Nasuti, for Philadelphia Suburban Development Corp.

John Rogers Carroll, for Albert Chickelero.